1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RODOLFO A. NAVARRO,
11          Petitioner,                    No. CIV S-08-1852-DAD P
12      vs.
13  PEOPLE OF THE STATE OF
    CALIFORNIA,
14
            Respondent.              ORDER
15  _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18  pauperis. In his application, petitioner challenges a judgment of conviction entered by the Tulare

19  County Superior Court. Tulare County is part of the Fresno Division of the United States District

20  Court for the Eastern District of California. See Local Rule 3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22  the proper division of a court may, on the court's own motion, be transferred to the proper

23  division of the court. Therefore, this action will be transferred to the Fresno Division of the

24  court. This court will not rule on petitioner's request to proceed in forma pauperis.

25  /////
26  /////

                                            1

1 Good cause appearing, IT IS HEREBY ORDERED that:

2 1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3 2. This action is transferred to the United States District Court for the Eastern

4 District of California sitting in Fresno; and

5 3. All future filings shall reference the new Fresno case number assigned and

6 shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: September 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm
nava1852.109

2